

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Billy H. Champion, Appellant

No. 06-12-00032-CV          v.

David R. Robinson, Appellee

Appeal from the 76th District Court of Camp County, Texas (Tr. Ct. No. CV-11-1764).  Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.    Dissenting Opinion by Justice Moseley

As stated in the Court's opinion of this date, we find no reversible error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant, Billy H. Champion, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED DECEMBER 19, 2012
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk